1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  KENNETH LAY

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      ) No. CR-S-08-282 EJG
11                                 )
                 Plaintiff,        )
12                                 ) STIPULATION AND ORDER
        v.                         ) CONTINUING STATUS CONFERENCE
13                                 )
   KENNETH LAY,                    )
14                                 ) Date:  October 24, 2008
                 Defendant.        ) Time:  10:00 a.m.
15                                 ) Judge: Edward J. Garcia
   _____ )
16

17      It is hereby stipulated between the parties, Michael Beckwith,

18 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

19 French, attorney for defendant, that the Status Conference hearing date

20 of September 26, 2008, be vacated and a new Status Conference hearing

21 date of October 24, 2008, at 10:00 a.m. be set.

22      This continuance is requested because defense counsel is in the

23 process of conducting investigation and the parties are discussing a

24 possible resolution of the matter and need more time to conduct the

25 discussions.

26      It is further stipulated that the period from September 26, 2008,

27 through and including October 24, 2008, should be excluded pursuant

28 ///

1. to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
2. of counsel and defense preparation.
3. Dated: September 24, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
KENNETH LAY

Dated: September 24, 2008         MCGREGOR W. SCOTT
                                  United States Attorney

*/s/  Mary M. French for
      Michael Beckwith*
_____
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: September 24, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge