1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  KENNETH LAY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,         )  No. CR-S-08-282 EJG
11                                   )
                 Plaintiff,          )    **1st Amended**
12                                   )  STIPULATION AND ORDER
        v.                           )  CONTINUING STATUS CONFERENCE
13                                   )
   KENNETH LAY,                      )
14                                   )  Date:  December 12, 2008
                 Defendant.          )  Time:  10:00 a.m.
15                                   )  Judge: Edward J. Garcia
   _____   )
16

17      It is hereby stipulated between the parties, Michael Beckwith,

18 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

19 French, attorney for defendant, that the Status Conference hearing date

20 of November 14, 2008, be vacated and a new Status Conference hearing

21 date of December 12, 2008, at 10:00 a.m. be set.

22      This continuance is requested because the parties are discussing a

23 proposed resolution but defense counsel needs more time to discuss the

24 ramifications with Mr. Lay and to determine if a settlement can be

25 reached.

26      It is further stipulated that the period from November 14, 2008,

27 through and including December 12, 2008, should be excluded pursuant

28 ///

1  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
2  of counsel and defense preparation.
3  Dated: November 13, 2008

4                                          Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
                                           */s/ Mary M. French*
7                                          _____
                                           MARY M. FRENCH
8                                          Supervising Assistant
                                           Federal Defender
9                                          Attorney for Defendant
                                           KENNETH LAY
10

11
   Dated: November 13, 2008                MCGREGOR W. SCOTT
12                                         United States Attorney

13                                         */s/  Mary M. French for*
                                           *     Michael Beckwith*
14                                         _____
                                           MICHAEL BECKWITH
15                                         Assistant U.S. Attorney

16

17                                **ORDER**

18 **IT IS SO ORDERED.**

19 Dated: November 13, 2008

20

21                                         /s/ Edward J. Garcia
                                           _____
22                                         EDWARD J. GARCIA
                                           United States District Judge

23

24

25

26

27

28

Stip & Order                               2