1  Krista Hart
   Attorney at Law
2  State Bar No. 199650
   428 J Street, Suite 350
3  Sacramento, CA  95814
   (916) 498-8398
4
5  Attorney for Kenneth Lay

6

7                   IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES,                          )  No. Cr.S. 08-282 EJG
   |                                         )
11 |         Plaintiff,                      )
   |                                         )  **STIPULATION AND**
12 |    v.                                   )  **ORDER RESETTING THE**
   |                                         )  **STATUS CONFERENCE**
13 | KENNETH LAY,                            )
   |                                         )
14 |         Defendant.                      )
   |                                         )
15 | _____ )

16

17         Defendant Kenneth Lay, by and through counsel Krista Hart, and the United States

18 (government) by and through counsel Assistant U.S. Attorney Michael Beckwith stipulate and

19 agree the status conference currently set for December 12, 2008, should be reset to January 30,

20 2009, at 10:00 a.m.

21         The parties stipulate and agree the time from December 12, 2008, up to and including

22 January 30, 2009, should be excluded in computing the time within which the trial of the above

23 criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate

24 that the ends of justice are served by the Court excluding such time, so that counsel for the

25 government and the defendant may have reasonable time necessary for effective preparation,

26 taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code

27 T4).

28         Present counsel for the defense was appointed on November 17, 2008.  Defense counsel

has received the file and reviewed it and met with the client.  However, additional time is necessary to conduct further investigation and legal research.

DATED: December 10, 2008         */s/ Krista Hart*
                                 Attorney for Kenneth Lay


DATED: December 10, 2008         McGREGOR SCOTT
                                 United States Attorney

                                 */s/ Michael Beckwith*
                                 Assistant U.S. Attorney

## **ORDER**

It is so ordered.

DATED:   December 10, 2008

                                 /s/ Edward J. Garcia
                                 The Honorable Edward J Garcia
                                 United States District Court Judge