DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**MELODY CRYDER**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-282-EJG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | JUDGE: Hon. Edward Garcia |
| MELODY CRYDER, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Mike Beckwith, Assistant U.S. Attorney, and defendant Melody Cryder, by and through her attorney, Dan Koukol, that the United States Probation Department's presentence report submittal schedule shall be modified as follows:

    Objections Due:    December 30, 2008

    Fine Due to Court:    January 6, 2009

    Sentencing:    January 21, 2009 (remains as set)

//

//

//

-1-

This modification to the briefing schedule is being requested because, as anticipated by the parties, the sentencing hearing has been continued until January 21, 2009.

DATED: DECEMBER 3, 2008                          Respectfully submitted,


                                                 /s/ DAN KOUKOL
                                                 _____
                                                 DAN KOUKOL
                                                 Attorney for defendant Melody Cryder


DATED: DECEMBER 3, 2008                          Respectfully submitted,


                                                 /s/ DAN KOUKOL FOR
                                                 _____
                                                 Mike Beckwith
                                                 Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:   December 9, 2008



                       /s/ Edward J. Garcia
                       Edward Garcia
                       UNITED STATES DISTRICT JUDGE