Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Kenneth Lay

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-282 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| KENNETH LAY, | |
| Defendant. | |

Defendant Kenneth Lay, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Michael Beckwith stipulate and agree the status conference currently set for January 30, 2009, should be reset to February 27, 2009, at 10:00 a.m.

The parties stipulate and agree the time from January 30, 2009, up to and including February 27, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Present counsel for the defense was appointed on November 17, 2008.  Defense counsel

has received the file and reviewed it and met with the client. Defense counsel has conducted the necessary legal research and investigation, but we are still in negotiations with the government. Additional time is necessary to complete the negotiations and, if possible, reach an agreement concerning a resolution of the case.

DATED: January 29, 2009        */s/ Krista Hart*
                                                  Attorney for Kenneth Lay

DATED: January 29, 2009        LAWRENCE BROW,
                                                  Acting United States Attorney

                                                  */s/ Michael Beckwith*
                                                  Assistant U.S. Attorney

## **ORDER**

It is so ordered.

DATED:   January 29, 2009

                                                  /s/ Edward J. Garcia
                                                The Honorable Edward J Garcia
                                                United States District Court Judge