1 | Krista Hart
    Attorney at Law
2 | State Bar No. 199650
    428 J Street, Suite 350
3 | Sacramento, CA  95814
    (916) 498-8398
4
    Attorney for Kenneth Lay
5

6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES,                     )   No. Cr.S. 08-282 EJG
                                        )
11 |         Plaintiff,                 )
                                        )   **STIPULATION AND**
12 |    v.                              )   **ORDER RESETTING THE**
                                        )   **STATUS CONFERENCE**
13 | KENNETH LAY,                       )
                                        )
14 |         Defendant.                 )
     _____    )
15

16

17       Defendant Kenneth Lay, by and through counsel Krista Hart, and the United States

18  (government) by and through counsel Assistant U.S. Attorney Michael Beckwith stipulate and

19  agree the status conference currently set for February 27, 2009, should be reset to March 6, 2009,

20  at 10:00 a.m.

21       The parties stipulate and agree the time from February 27, 2009, up to and including

22  March 6, 2009, should be excluded in computing the time within which the trial of the above

23  criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate

24  that the ends of justice are served by the Court excluding such time, so that counsel for the

25  government and the defendant may have reasonable time necessary for effective preparation,

26  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code

27  T4).

28  //

1     Counsel for the defense and counsel for the government are still in negotiations; it
2 appears we may have reached an agreement, but additional time is necessary to finalize the
3 agreement and the written plea agreement.

4

5 DATED: February 26, 2009          */s/ Krista Hart*
                                                      Attorney for Kenneth Lay
6

7
8 DATED: February 26, 2009          LAWRENCE BROWN,
                                                      Acting United States Attorney

9                                                      */s/ Michael Beckwith*
                                                      Assistant U.S. Attorney
10

11                                 **ORDER**

12 It is so ordered.

13 DATED:  February 26, 2009

14                                                     /s/ Edward J. Garcia
                                                    The Honorable Edward J Garcia
15                                                     United States District Court Judge