Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA 95814
(916) 498-8398

Attorney for Kenneth Lay

FILED

MAR - 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

    v.

KENNETH LAY,

    Defendant.

No. Cr.S. 08-282 EJG

**STIPULATION AND PROPOSED ORDER**

    Defendant Kenneth Lay, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Michael Beckwith stipulate and agree the plea agreement submitted to the Court on March 6, 2009, should be filed under seal.

DATED: March 6, 2009

    */s/ Krista Hart*
    Attorney for Kenneth Lay

DATED: March 6, 2009

    LAWRENCE BROWN,
    Acting United States Attorney

    */s/ Michael Beckwith*
    Assistant U.S. Attorney

**ORDER**

It is so ordered.

DATED: 3/6/09

    The Honorable Edward J Garcia
    United States District Court Judge