Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA 95814
(916) 498-8398

Attorney for Kenneth Lay

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-282 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| KENNETH LAY, | |
| Defendant. | |

Defendant Kenneth Lay, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Michael Beckwith stipulate and agree the hearing for the imposition of judgment and sentencing currently set for May 15, 2009, should be reset to June 19, 2009, at 10:00 a.m.

The parties are presently working on some details concerning the judgment and sentencing. The government attorney is away from the office on a detail and it is necessary to have him present for the hearing. Mr. Lay does not object to the additional time. Therefore, the parties request the matter be reset to June 19, 2009.

DATED: May 15, 2009  /s/ Krista Hart
Attorney for Kenneth Lay

DATED: May 15, 2009  LAWRENCE BROWN,
Acting United States Attorney

 /s/ Michael Beckwith
Assistant U.S. Attorney

**ORDER**

It is so ordered.

DATED: May 14, 2009

/s/ Edward J. Garcia
The Honorable Edward J Garcia
United States District Court Judge