Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Kenneth Lay

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | No. Cr.S. 08-282 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND PROPOSED** |
| v. ) | **ORDER TO ADVANCE SENTENCING** |
| ) | |
| KENNETH LAY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Defendant Kenneth Lay, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Michael Beckwith stipulate and agree the hearing for the imposition of judgment and sentencing currently set for July 31, 2009, be advanced to July 10, 2009, at 10:00 a.m.

     The matter was ready for sentencing on June 19, 2009, however, Mr. Lay suffered an appendicitis attack and was taking from the jail to the hospital.  Mr. Lay had surgery on June 18, 2009, and is recovering.  He was returned to jail on June 19.  Mr. Lay will be ready for sentencing on July 10, 2009.

DATED: July 8, 2009                           */s/ Krista Hart*
                                                        Attorney for Kenneth Lay

| | |
|---|---|
| DATED: July 8, 2009 | LAWRENCE BROWN,<br>Acting United States Attorney<br><br> /s/ Michael Beckwith<br>Assistant U.S. Attorney |

## **ORDER**

It is so ordered.

DATED: July 6, 2009

/s/ Edward J. Garcia
The Honorable Edward J Garcia
United States District Court Judge